**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALEKSANDRA MISIC, | Civil Action No. |
| Plaintiff, | 26-cv-00286 |
| v. | (Judge Horan) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 1 | zanlin |
| 2 | Yisharuier |
| 9 | Yike Jianshe |
| 10 | Mazeann |
| 13 | juniissl |
| 15 | Strange Princess AKA |
| 16 | wuhaowang |
| 19 | Foruauto |
| 20 | Bzocm |
| 21 | KANEPE |
| 24 | YEYUTANG |
| 25 | Fisyme |
| 28 | QOSEIENUS |
| 30 | DAMAIStore- |
| 31 | KEEPREAL |
| 34 | LanKen |
| 35 | HVEST Home Decor |

| 36 | ZLZHEN7 |
|---|---|
| 39 | qikongshangmao |
| 40 | Castle Fairy |
| 41 | Yujia Quality Home Design |
| 42 | Yswow |
| 43 | CHENGSHIYI |
| 50 | Youxiao Department Store |
| 54 | ZZKKO |
| 55 | Rouney |
| 59 | Slewiaeky |
| 62 | xiao fangqie |
| 64 | Krafig |
| 69 | AILONEN |
| 74 | Dalzium |
| 75 | Vozoza |
| 76 | VKPSCHJ |
| 80 | NTSIUAoo |
| 83 | YcLenYo |
| 84 | susiyo |
| 85 | velumair |
| 93 | zi er dian shang |
| 94 | Huryilo |
| 104 | Hanihan |
| 105 | ShoPen |
| 106 | QeLen |
| 107 | Jockphry shops |
| 108 | junzan |
| 109 | hongtao-1 |
| 110 | DIGTIA |
| 111 | FunHomie |
| 112 | DIYHOT |
| 114 | KOCOART |
| 115 | Sugar Life HDecor |
| 117 | CUPADA |
| 118 | Sletend-V |
| 119 | MoBlinko |
| 120 | Gugusary |
| 121 | joyistore |
| 125 | VunKo |

| 127 | LoiFa |
|-----|-------|
| 128 | lichengzhi2023 |
| 129 | meiyazhen |
| 130 | SLHKPNS |
| 131 | LINMEIZHEN |
| 132 | yoyoto |
| 134 | DDEET |
| 136 | sscrrtyer |
| 137 | koopder |
| 142 | PNYOIN |
| 143 | VIGTRO |
| 144 | Shifa US |
| 145 | KKZZ YU |
| 146 | U-wear |
| 149 | dingchuang |
| 151 | Hwanyo |
| 152 | YST |
| 153 | Eumbyeal |
| 163 | Harvey Memory |
| 173 | MoonFishM |
|     |       |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 20, 2026          /s/ Stanley D. Ference III
                               Stanley D. Ference III
                               Pa. ID No. 59899
                               courts@ferencelaw.com

                               FERENCE & ASSOCIATES LLC
                               409 Broad Street
                               Pittsburgh, Pennsylvania 15143
                               (412) 741-8400 – Telephone

- 3 -

- 4 -

(412) 741-9292 – Facsimile

Attorney for Plaintiff